**Motion to Abate Denied; Dismissed and Memorandum Opinion filed July 1, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00873-CR

---

### EMANUEL JOEL THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1457656**

---

## MEMORANDUM OPINION

Appellant was convicted of aggravated assault with a deadly weapon. The trial court assessed punishment at ten years and one day's confinement. Subsequently, the trial court granted appellant's motion for new trial.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d

160, 161 (Tex. App.—Fort Worth 1996, no pet.). Because appellant has been granted a new trial, there is no final conviction to appeal.

Accordingly, we deny the motion to abate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b)